# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHOY ROYCHELLE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. ANDRADE, et al.,<br><br>    Defendants. | 1:18-cv-01719-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 10.)**<br><br>**ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

  Lachoy Roychelle Davis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On November 22, 2019, findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under §1983. (ECF No. 10.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 22, 2019, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 19, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE